IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:12-cv-1048-JLK

JOSÉ LOZOYA;
ANTONIO MALDONADO; and
MARIO PEÑA, on behalf of
themselves, individually, and on behalf
of those similarly situated,

      Plaintiffs,

      v.

ALLPHASE LANDSCAPE CONSTRUCTION, INC., a Colorado corporation,
doing business as ALL PHASE LANDSCAPE;
DONALD TROY TINBERG;
MARK FISHER; and
LYLE FAIR, in their individual and corporate capacities,

      Defendants.

## ORDER REGARDING PLAINTIFFS' NOTICE OF COMPLIANCE WITH DISCOVERY

Kane, J.

I accept the affidavit of Jose Lozoya explaining that the computer used by Ms. Islas is not available for discovery. The computer is excused from production.

DATED:    June 12, 2014    BY THE COURT:

                          *s/John L. Kane*
                          John L. Kane, U.S. Senior District Judge