IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:12-cv-1048-JLK

JOSÉ LOZOYA;
ANTONIO MALDONADO; and
MARIO PEÑA, on behalf of
themselves, individually, and on behalf
of those similarly situated,

    Plaintiffs,

    v.

ALLPHASE LANDSCAPE CONSTRUCTION, INC., a Colorado corporation,
doing business as ALL PHASE LANDSCAPE;
DONALD TROY TINBERG; and
MARK FISHER; in their individual and corporate capacities,

    Defendants.

### ORDER ON PARTIES' STIPULATED MOTION TO DISMISS LYLE FAIR

Kane, J.

This Order concerns the Parties' Stipulated Motion to Dismiss Defendant Lyle Fair in his individual and corporate capacity, Doc. 107. The Motion is GRANTED. Mr. Fair is DISMISSED WITH PREJUDICE. Plaintiffs and Mr. Fair are to pay their own costs and attorney fees. Mr. Fair's name shall be removed from the caption of this action.

DATED:     September 22, 2014          BY THE COURT:

                                                      ***s/John L. Kane***
                                                      U. S. Senior District Judge