**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No. 12-cv-01048-JLK-KLM*

JOSÉ LOZOYA,
ANTONIO MALDONADO, and
MARIO PEÑA

  Plaintiffs,

v.

ALL PHASE LANDSCAPE CONSTRUCTION, INC., a Colorado corporation,
DONALD TROY TINBERG, and
MARK FISHER,

  Defendants.

---

**ORDER ON THE MOTION TO APPROVE NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

---

  Having considered Defendants' All Phase Landscape Construction, Inc. ("All Phase"), Donald Troy Tinberg, and Mark Fisher (collectively "Defendants"), Unopposed Motion to Approve Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 filed as a Notice (Doc. 136) (the "Motion") and Exhibits in support thereof,

  **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

  The Court hereby approves the form of the Settling Defendants' proposed Notice of Proposed Class Action Settlement (the "CAFA Notice") and finds that, upon the mailing of the

2

CAFA Notice in the time and manner as set forth in the Motion, the Settling Defendants will have complied with the Class Action Fairness Act, 28 U.S.C. § 1715.

**AND IT IS SO ORDERED.**

Dated: February 22, 2016

_John L. Kane_
John L. Kane, Jr.
Senior U.S. District Court Judge